UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In re:<br><br>NYEOKA SEPPALA,<br><br>    Debtor. | Bankr. Case No.: 17-29978-DRC<br><br>Chapter 7 |
| NYEOKA SEPPALA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, GREAT LAKES HIGHER EDUCATION CORP., NATIONAL COLLEGIATE TRUST, and NAVIENT SOLUTIONS, LLC,<br><br>    Defendants. | Adv. Proc. No.: 18-00019 |

**CONSENT ORDER BETWEEN PLAINTIFF AND NAVIENT SOLUTIONS, LLC
FOR DISCHARGE OF EDUCATIONAL LOAN DEBT AND
FOR DISMISSAL OF NAVIENT SOLUTIONS, LLC
<u>AS A DEFENDANT IN THIS ADVERSARY PROCEEDING</u>**

This matter having been opened upon Plaintiff, Nyeoka Seppala ("Plaintiff")'s, Complaint and seeking a discharge of educational loan debt, and upon consideration of the agreement between Plaintiff and Navient Solutions, LLC ("Navient") to the terms herein, as evidenced by the signatures below, the following facts having been agreed upon:

1. Plaintiff is indebted to Navient pursuant to the applicable terms of one (1) educational loan Promissory Note ("Promissory Note"), executed by Plaintiff to obtain an educational loan disbursed on August 12, 2008 ("Educational Loan").

2. As of the date of the filing of this adversary proceeding, there was a balance due and owing on the Educational Loan evidenced by the Promissory Note, including principal, interest and fees, in the amount of $2,804.71.

Based upon the agreement of the parties, as evidenced by the signatures below,

IT IS HEREBY ORDERED, that Plaintiff's liability on the educational loan debt owed to Navient, owing on the Educational Loan evidenced by the Promissory Note referenced herein above, is included within the general discharge, entered in Plaintiff's main bankruptcy case on January 9, 2018, and is therefore, hereby discharged; and it is further

ORDERED, that Navient Solutions, LLC is hereby dismissed as a Defendant in this adversary proceeding, subject to the terms of this Consent Order; and it is further

ORDERED, that this Consent Order may be executed in counterparts, by facsimile and/or by electronic mail

DATED: 2 6 APR 2018

*Donald R. Cassling*

HONORABLE DONALD R. CASSLING
UNITED STATES BANKRUPTCY JUDGE
NORTHERN DISTRICT OF ILLINOIS

Agreed as to form and content:

/s/ Amy A. Aronson

Amy A. Aronson ARDC #6206512
ARONSON & WALSH, P.C.
P.O. Box 5907
Vernon Hills, IL 60061-5907
Telephone: (847) 247-1810
Email: amyaronson@comcast.net
Attorneys for Navient Solutions, LLC

/s/ David P Lloyd
_____
David P Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange, IL 60525
708 937-1264
Fax: 708 937-1265
Attorneys for Plaintiff, Nyeoka Seppala